# AFFIDAVIT OF Thomas J. King

# SPECIAL AGENT

# BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

I, Thomas J. King, being duly sworn, depose and state that:

## I. EXPERIENCE OF AFFIANT

I am a graduate of Buffalo State College, where I obtained a Bachelor of Science in criminal justice. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Department of Justice, and have been so employed since February 14, 2001. Prior to that I was a Special Agent with the Immigration and Naturalization Service for five years, and an Inspector with the United States Customs Service for three years.

I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy; as a result of my training and experience as an ATF Special Agent, I am familiar with the Federal Firearms and Explosives laws. Through my experience I have investigated numerous cases involving 18 USC 922(g)(1), violations involving felons in possession of firearms, 18 USC 924(c), Use of a Firearm in Furtherance of a Violent Crime or a Crime Involving Drug Trafficking, and 21 USC 841 et seq, Controlled Substance violations.

## PURPOSE OF AFFIDAVIT

Based on the facts set forth in this affidavit, there is probable cause to believe that violations involving the distribution and possession, with intent to distribute controlled substances, in violation of 21 USC 841 et seq, have been committed by Lawayne MEADER.

## PROBABLE CAUSE:

1. On June 7, 2021, ATF conducted an undercover operation with the intent to have an ATF Undercover Agent (UCA) purchase narcotics from Lawayne MEADER. During an ongoing investigation, I had previously identified MEADER as a cocaine and methamphetamine trafficker, living at 4110 Debarr Road, Space 28D, Anchorage. Acting as the UCA in this operation, I went with an ATF Cooperating Defendant (CD1) to meet MEADER, and negotiate the purchase of cocaine and methamphetamine. The meeting with MEADER had been prearranged by CD1. I had observed previous texts between MEADER and CD1,

and it was apparent that MEADER was willing to sell controlled substances to CD1.

2. CD1 is cooperating with ATF in return for consideration on a pending Federal prosecution for possession of a controlled substance with intent to distribute. CD1 has a felony DUI conviction and a pending state MICS II conviction. To my knowledge, CD1 does not have any history of providing false information or testimony related to an investigation. I am aware that the Alaska Division of Insurance is investigating a suspected false insurance claim made by CD1. CD1 has provided information I have been able to corroborate in this investigation as well as several other unrelated investigations.

3. Before departing to MEADER's residence, I activated an audio recording/transmitting device and an audio/video recording device. I also confirmed ATF surveillance units were in place prior to my arrival at MEADER's residence.

4. CD1 and I met MEADER at his residence, and MEADER produced two ounces of cocaine. I secured the cocaine, passed $3600 to CD1, and directed CD1 to pay MEADER for the cocaine. MEADER told us we would have to wait for the methamphetamine because someone was coming by MEADER's residence to deliver the methamphetamine to MEADER.

5. Eventually a co-conspirator (herein referred to as CC1), later identified by ATF, came to MEADER's residence. I observed CC1 transfer methamphetamine to MEADER, and MEADER then gave me three ounces of methamphetamine. I paid MEADER $2100 for the methamphetamine.

6. I later field tested both substances and obtained presumptive positive results for the cocaine and methamphetamine I purchased from MEADER.

7. On September 30, 2021, ATF executed Federal Search Warrant 3:21-mj-00503-MMS for MEADER's residence. Agents seized suspected oxycotin pills packaged in a manner indicative that they would be sold, a small amount of methamphetamine, a notebook that appeared to be a drug ledger documenting sales, and $3,475.00 USD.

8. MEADER was interviewed while the search of his residence was conducted. After being advised of his Miranda Warnings, MEADER waived his right, agreed to participate in an interview, and admitted that he had been, and currently was, involved in the trafficking of pills, methamphetamine, and cocaine. This

interview was recorded by ATF Agent Chase Bynog.

*[signature]*
Thomas J. King,
**Special Agent**
**BUREAU OF ALCOHOL, TOBACCO FIREARMS AND EXPLOSIVES**

SUBSCRIBED AND SWORN TO before me this 26th day of October, 2021 at Anchorage, Alaska.

*[signature]*
Matthew M. Scoble
United States Magistrate Judge

3